CITY BANK FARMERS TRUST COMPANY, as Substituted Trustee under Trusts Created by Agreement with OVIDE DE ST. AUBIN, et al., for the Benefit of MARION DE ST. AUBIN, Respondent, v. OVIDE DE ST. AUBIN, JR., Individually and as Executor of OVIDE DE ST. AUBIN, Deceased, et al., Appellants; OVIDE DE ST. AUBIN, JR., Individually and as Executor of PERCIVAL DE ST. AUBIN, Deceased, et al., Respondents.

Argued February 26, 1947; decided April 11, 1947.

*J. Harlin O'Connell* and *Aloysius F. Schaeffner* for Alice Spengel, appellant.

*Herbert C. Pentz* for Ovide De St. Aubin, Jr., as Executor of Percival De St. Aubin, appellant.

*John F. Le Viness, Jr.,* and *W. H. Dannat Pell* for respondents.

Judgment affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs, payable out of the fund. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.